| Date: 03/16/11 | | | | | Page: 1 |
|---|---|---|---|---|---|

## DIVIDENDS REMITTED TO THE COURT

Case Number 09-20985 - BHANDARI, GURUBAKSH

| Creditor | Claim No. | Check | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | 000004 | 107 | 139.31 | 0.96 |
| ---------- Remittance Total ---------- | | | 139.31 | 0.96 |

*(signature)* #152049
ALAN J. TREINISH, TRUSTEE

*[FILED stamp: 11 MAR 17 PM 1:07 — U.S. BANKRUPTCY COURT, CLEVELAND, OHIO]*